| | | |
|---|---|---|
| **EDWARD P. MANGANO**<br>County Executive |  | **JOHN CIAMPOLI**<br>County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
PHONE:  516-571-3056
FAX:  516-571-3058
Writer's Direct Line: 516-571-3014

August 2, 2010

Hon. Leonard D. Wexler
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: Frazier and Johnson v. County of Nassau, et al.
       <u>CV-04-3248 (LDW)</u>

Dear Judge Wexler:

  This office represents the municipal and individually-named defendants in the above-referenced action which is presently scheduled for jury selection on Monday, August 9, 2010.

  This letter is sent on behalf of all parties to advise the Court that a settlement has been reached in this matter.  A proposed Settlement Agreement and General Release has been forwarded to plaintiffs' counsel for review and execution by his clients.  The parties shall file a stipulation of dismissal with the Court shortly.

  In light of the foregoing, it is respectfully requested that the Court mark this case off the trial calendar.

  Thank you for your attention in this matter.

                Very truly yours,

                *Liora M. Ben-Sorek*
                Liora M. Ben-Sorek
                Deputy County Attorney

cc:  Michael Mangan, Esq. (Via ECF)